## COELM *v.* FRANK IMPERATO

The defendent's petition for certification for appeal from the Appellate Court, 23 Conn. App. 146, is denied.

*Frank B. Velardi, Jr.,* in support of the petition.

*Joshua A. Winnick,* in opposition.

Decided October 4, 1990

## JAMES M. MURPHY'S APPEAL FROM PROBATE

James M. Murphy's petition for certification for appeal from the Appellate Court, 22 Conn. App. 490, is denied.

*Franklin Melzer,* in support of the petition.

Decided October 11, 1990

## STATE OF CONNECTICUT *v.* JOHN SAFFORD

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 531, is denied.

*Elizabeth M. Inkster,* assistant public defender, in support of the petition.

*Paul J. Ferencek,* deputy assistant state's attorney, in opposition.

Decided October 11, 1990

## STATE OF CONNECTICUT *v.* DAVID JACKSON

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 151, is denied.

*Beth A. Merkin,* assistant public defender, in support of the petition.

*Mary H. Lesser,* assistant state's attorney, in opposition.

Decided October 11, 1990